# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 1, 2013

### NO. 03-11-00419-CV

**Richard Hebert and Janet Hebert, Appellants**

**v.**

**Timothy E. Hopkins, M.D., and Shannon Clinic, Appellees**

**APPEAL FROM 391ST DISTRICT COURT OF TOM GREEN COUNTY
BEFORE CHIEF JUSTICES JONES, JUSTICES PEMBERTON AND ROSE
AFFIRMED -- OPINION BY JUSTICE PEMBERTON;
DISSENTING OPINION BY CHIEF JUSTICE JONES**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the district court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the district court is in all things affirmed. It is **FURTHER** ordered that the appellants pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.